UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES LYNN ROGERS,

        Petitioner,

Case No. 1:07-CV-1196

v.

HON. GORDON J. QUIST

STATE OF MICHIGAN,

        Respondent.
_____/

# JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 29, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).[1]

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 29, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.


Dated: December 16, 2010

        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE

---

[1] The docket report in this case contains a remark by the Clerk on November 30, 2010, stating that a notation in the docket indicates that Camp Ottawa (MPC), where Plaintiff is housed, has been closed. The remark further states that the MDOC/Inmate Locator states that Petitioner has been paroled. A petitioner has a continuing obligation to keep the court informed of his current address. *See Prea v. Battaista*, No. 91 Civ. 1171 (TPG), 1993 WL 97423 (S.D.N.Y. Mar. 30, 1993). Petitioner failed to comply with this obligation.